1  WHITE O'CONNOR FINK & BRENNER LLP
     Michael J. O'Connor (STATE BAR NO. 90017)
2    Edward E. Weiman (STATE BAR NO. 193290)
     *Application to Practice in Eastern District Pending*
3    Sarah L. Cronin (STATE BAR NO. 252624)
     *Application to Practice in Eastern District Pending*
4  10100 Santa Monica Boulevard, Twenty-Third Floor
   Los Angeles, California 90067-4008
5  Telephone: (310) 712-6100
   Facsimile: (310) 712-6199
6  moconnor@whiteo.com
   eweiman@whieo.com
7  scronin@whiteo.com

8  Attorneys for Defendant McCarthy
   Building Companies, Inc.
9

10              **UNITED STATES DISTRICT COURT**

11             **EASTERN DISTRICT OF CALIFORNIA**

12  LINCOLN GENERAL INSURANCE          CASE NO. 2:10-CV-01755-GEB-KJM
    COMPANY,
13                                     [The Honorable Garland E. Burrell, Jr.]
              Plaintiff,
14                                     **STIPULATION AND [PROPOSED]**
         v.                            **ORDER TO EXTEND TIME FOR**
15                                     **DEFENDANTS MCCARTHY**
    AMERICAN TILE AND BRICK            **BUILDING COMPANIES, INC.**
16  VENEER; REGENTS OF THE             **AND REGENTS OF THE**
    UNIVERSITY OF CALIFORNIA;          **UNIVERSITY OF CALIFORNIA**
17  MCCARTHY BUILDING                  **TO RESPOND TO FIRST**
    COMPANIES, INC.; CALIFORNIA        **AMENDED COMPLAINT**
18  INSURANCE GUARANTEE
    ASSOCIATION; DOES 1 through 10,    *[Certificate of Interested Parties filed*
19                                     *concurrently herewith]*
              Defendants.
20
                                       Response Date:       October 7, 2010
21                                     New Response Date: February 9, 2010

22                                     Action Filed:        July 8, 2010
                                       Trial Date:          None set
23

24

25

26

27

28

258955.2

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

# **RECITALS**

1.    On July 8, 2010, Plaintiff Lincoln General Insurance Company ("Plaintiff") filed the Complaint.

2.    On September 21, 2010, Plaintiff filed the First Amended Complaint.

3.    On September 23, 2010, Plaintiff served the First Amended Complaint on Defendants McCarthy Building Companies, Inc. ("McCarthy") and Regents of the University of California ("Regents") (collectively, "Defendants").

4.    Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Defendants are required to answer or otherwise respond to the First Amended Complaint within fourteen (14) days of service of process.

5.    The deadline for Defendants to answer or otherwise respond to the First Amended Complaint is October 7, 2010.

6.    It is hereby stipulated by and between Plaintiff and Defendants, by and through their counsel, that Defendants may have a twenty-eight (28) day extension of time to respond to the First Amended Complaint on file herein, to and including November 8, 2010.  This is the first stipulation for an extension of time for Defendants to respond to the First Amended Complaint and totals the twenty-eight (28) days allowed under Local Rule 144.

7.    In addition, there is a mediation of the underlying action set to take place on February 2, 2010.  In light of the scheduled mediation, Plaintiff and Defendants jointly agree that Defendants should have up to and including February 9, 2010 to answer or otherwise respond to the First Amended Complaint, in order to preserve the Court's and the parties' resources.

/ / /
/ / /
/ / /
/ / /
/ / /

258955.2

2

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

**STIPULATION**

WHEREFORE, Plaintiff and Defendants by and through their respective counsel, hereby stipulate and agree as follows:

1.    Defendants may have a twenty-eight (28) day extension of time within which Defendants must answer or otherwise respond to the First Amended Complaint on file herein, to and including November 8, 2010.

2.    In addition, the time within which Defendants must answer or otherwise respond to the First Amended Complaint shall further be extended to and including February 9, 2010.

DATED: October 7, 2010            RYAN MERCALDO & WORTHINGTON LLP
                                                      Brian P. Worthington


                                                 By     /s/ Brian P. Worthington
                                                           Brian P. Worthington
                                                 Attorneys for Plaintiff Lincoln General
                                                 Insurance Company


DATED: October 7, 2010            WHITE O'CONNOR FINK & BRENNER LLP
                                                      Michael J. O'Connor
                                                      Edward E. Weiman
                                                      Sarah L. Cronin


                                                 By    /s/ Sarah L. Cronin
                                                           Sarah L. Cronin
                                                 Attorneys for Defendant McCarthy Building
                                                 Companies, Inc.

258955.2
STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

1  DATED: October 7, 2010          LAW OFFICES OF DAVID W. GINN
                                          David W. Ginn
2

3

4
                                   By      /s/ David W. Ginn
5                                           David W. Ginn
                                   Attorneys for Defendant Regents of the
6                                  University of California

7

8  **IT IS SO ORDERED.**

9

10  DATED: 10/7/10

11                                 GARLAND E. BURRELL, JR.
                                   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28