BRIAN P. WORTHINGTON, ESQ./BAR NO. 179590
RYAN MERCALDO & WORTHINGTON LLP
3636 Nobel Drive, Suite 200
San Diego, California 92122
(858) 455-8700; Facsimile (858) 455-8701
bworthington@rmwfirm.com

Attorneys for Plaintiff, LINCOLN GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN TILE AND BRICK VENEER; REGENTS OF THE UNIVERSITY OF CALIFORNIA; McCARTHY BUILDING COMPANIES, INC.; CALIFORNIA INSURANCE GUARANTEE ASSOCIATION, DOES 1 through 10,<br><br>    Defendants. | CASE NO. 2:10-CV-01755-GEB-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT CALIFORNIA INSURANCE GUARANTEE ASSOCIATION TO RESPOND TO FIRST AMENDED COMPLAINT** |

## **RECITALS**

1. On July 8, 2010, Plaintiff Lincoln General Insurance Company ("Lincoln") filed the Complaint.

2. On September 21, 2010, Lincoln filed the First Amended Complaint.

3. On October 12, 2010, Lincoln served the First Amended Complaint on Defendant California Insurance Guarantee Association ("CIGA").

4. Under Rule 15 of the Federal Rules of Civil Procedure, CIGA is required to respond to the First Amended Complaint within 14 days after service. The current deadline for CIGA to respond to the First Amended Complaint is therefore October 26, 2010.

/ / /

-1-

5. Also on October 12, 2010, the Court issued an Order, based on stipulation of the pertinent parties, to extend the deadline for Defendants McCarthy Building Companies and Regents of the University of California to respond to the First Amended Complaint to February 9, 2011.

6. This lawsuit involves the issue of Lincoln's coverage obligations for another lawsuit now pending. The above extension was sought and granted because a mediation of that underlying lawsuit is scheduled to take place on February 2, 2011. Because of the possibility of settlement of the underlying lawsuit, which would also resolve this lawsuit, the parties agreed that an extension to respond in this action was appropriate. The Court agreed an entered an Order to that effect.

7. An extension to the same date for CIGA is also warranted for the same reason.

8. Therefore, it is hereby stipulated by and between Lincoln and CIGA that CIGA may have a 28-day extension of time to respond to the First Amended Complaint on file herein, to and including November 29, 2010. (The 28th day is actually November 28, which is a Sunday. Hence the extension to the next Court day, November 29.) This is the first stipulation for an extension of time for CIGA to respond to the First Amended Complaint and totals the 28 days permitted under Local Rule 144.

9. In light of the February 2, 2011 mediation of the underlying lawsuit, Lincoln and CIGA jointly agree that CIGA should have up to and including February 9, 2011 to respond to the First Amended Complaint, in order to preserve the Court's and the parties' resources.

## **STIPULATION**

WHEREFORE, Lincoln and CIGA, by and through their respective counsel, hereby stipulate and agree as follows:

1. CIGA may have a 28-day extension of time within which CIGA must respond to the First Amended Complaint on file herein, to and including November 29, 2010.

/ / /

/ / /

/ / /

2. In addition, the time within which CIGA must respond to the First Amended Complaint shall further be extended to and including February 9, 2011.

Dated: October 21, 2010                    RYAN MERCALDO & WORTHINGTON LLP


By: _____
    Brian P. Worthington, Esq.
    Attorneys for Plaintiff LINCOLN
    GENERAL INSURANCE COMPANY

Dated: October 21, 2010                    BLACK, COMPEAN, HALL & ELI


By: _____
    Frederick G. Hall, Esq.
    Richard C. Turner, Esq.
    Attorneys for Defendant CALIFORNIA
    INSURANCE GUARANTEE
    ASSOCIATION

**ORDER**

Based on the foregoing Stipulation, the time in which Defendant CALIFORNIA INSURANCE GUARANTEE is to respond to the First Amended Complaint is extended to and including February 9, 2011.

DATED: October 26, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge