BRIAN P. WORTHINGTON, ESQ./BAR NO. 179590
RYAN MERCALDO & WORTHINGTON LLP
3636 Nobel Drive, Suite 200
San Diego, California  92122
(858) 455-8700; Facsimile (858) 455-8701
bworthington@rmwfirm.com

Attorneys for Plaintiff, LINCOLN GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>          Plaintiff,<br>v.<br><br>AMERICAN TILE AND BRICK VENEER; REGENTS OF THE UNIVERSITY OF CALIFORNIA; McCARTHY BUILDING COMPANIES, INC.; CALIFORNIA INSURANCE GUARANTEE ASSOCIATION, DOES 1 through 10,<br><br>          Defendants. | CASE NO. 2:10-CV-01755-GEB-KJM<br><br>**PLAINTIFF'S APPLICATION TO CONTINUE THE STATUS (PRETRIAL SCHEDULING) CONFERENCE AND [PROPOSED] ORDER THEREON** |

Plaintiff Lincoln General Insurance Company hereby applies to the Court for an order continuing the Status (Pretrial Scheduling) Conference that is currently scheduled for November 29, 2010.  A continuance is appropriate for the following reasons.

This lawsuit involves issues as to whether Lincoln must provide insurance coverage with respect to a lawsuit currently pending against its insured.  Lincoln filed its original Complaint in July 2010, and the Court on July 8 issued an order setting the Status (Pretrial Scheduling) Conference for November 29, 2010.  At the time Lincoln filed its Complaint, Lincoln was not aware of any mediation in the underlying lawsuit.  Lincoln learned subsequently that a mediation of the underlying lawsuit was scheduled for November 2010.  Lincoln then filed its First Amended Complaint in this lawsuit in September.  Lincoln learned

1  afterward that the mediation of the underlying lawsuit was continued to February 2, 2011.

2  Learning of the new mediation date, counsel for Lincoln conferred with counsel for
3  Defendants McCarthy Building Companies, Regents of the University of California
4  ("Regents"), and California Insurance Guarantee Association ("CIGA").  Lincoln's counsel has
5  not been contacted by any counsel who might be representing Defendant American Tile & Brick
6  Veneer ("American Tile").  American Tile was served with the original Complaint but did not
7  file a timely responsive pleading.  American Tile was served with the First Amended Complaint
8  but its responsive pleading is not yet due.  Because American Tile has not appeared timely in
9  this action and has not contacted Lincoln's counsel, it is unknown if American Tile plans to
10 make any appearance.

11 Lincoln, McCarthy, Regents and CIGA all agreed that, based on the efforts that will be
12 made on February 2, 2011 to settle the underlying case, the responsive-pleading deadline for
13 those three Defendants should be extended to February 9, 2011, so that the parties need not
14 incur expenses, and need not waste this Court's time, with work prior to the mediation where
15 the underlying case could resolve.  This Court has already granted such an extension for
16 McCarthy and Regents, and a stipulation and proposed order to extend the deadline for CIGA to
17 that date will be filed imminently.

18 By extending the responsive-pleading deadline for McCarthy and Regents, the Court
19 has indicated agreement that it is prudent for these Defendants not to be required to respond to
20 the First Amended Complaint until after the mediation.  Presumably, the Court will similarly
21 extend CIGA's deadline for a responsive pleading.  It therefore makes most sense that the Status
22 Conference be continued as well.  Local Rules, and the Court's Order, require that the parties
23 meet no fewer than 28 days before the Conference to prepare a discovery plan.  They also
24 require that the parties submit a Joint Status Report.

25 The meeting and preparation of the plan and Report will require significant time and
26 work by counsel.  The Court's evaluation of the Status Report and the Conference itself will
27 also consume the Court's time and resources.  Just as with the responsive-pleading deadlines,
28 Lincoln believes it best that the Status Conference be continued to a date after the mediation, so

1. that the efforts of the parties and the Court are not made unnecessarily should the underlying case resolve at mediation.  (Settlement of the underlying lawsuit would almost certainly resolve this lawsuit as well.)  It also seems logical not to conduct the Status Conference at a time before McCarthy, Regents and CIGA have appeared through responsive pleadings.

Because the parties are required to meet at least 28 days in advance of the Conference, Lincoln suggests that the Conference should be continued to a date no earlier than Monday, March 14, 2011.  That will allow the parties up to February 14 to schedule and conduct a timely meeting after the February 2 mediation, should that mediation fail to resolve the underlying lawsuit.

Lincoln's counsel has conferred about this issue with counsel for McCarthy, Regents and CIGA.  Through signature on this Application, Lincoln's counsel represents and verifies that counsel for those three Defendants concur that the Status Conference should be continued as outlined herein.

Respectfully Submitted,

Dated: October 21, 2010                  RYAN MERCALDO & WORTHINGTON LLP


By: _____
    Brian P. Worthington, Esq.
    Attorneys for Plaintiff LINCOLN
    GENERAL INSURANCE COMPANY


## ORDER

Based on the foregoing Application, the Status (Pretrial Scheduling) Conference currently scheduled for November 29, 2010, is continued to March 14, 2011, at 9 a.m. in Courtroom 10 of the above-entitled Court.   A joint status report shall be filed fourteen days prior to the hearing.

DATED: October 26, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge