BRIAN P. WORTHINGTON, ESQ./BAR NO. 179590
RYAN MERCALDO & WORTHINGTON LLP
3636 Nobel Drive, Suite 200
San Diego, California  92122
(858) 455-8700; Facsimile (858) 455-8701
bworthington@rmwfirm.com

Attorneys for Plaintiff, LINCOLN GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>v.<br><br>AMERICAN TILE AND BRICK VENEER; REGENTS OF THE UNIVERSITY OF CALIFORNIA; McCARTHY BUILDING COMPANIES, INC.; CALIFORNIA INSURANCE GUARANTEE ASSOCIATION, DOES 1 through 10,<br><br>           Defendants. | CASE NO. 2:10-CV-01755-GEB-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT AMERICAN TILE AND BRICK VENEER TO RESPOND TO FIRST AMENDED COMPLAINT** |

## RECITALS

1. On July 8, 2010, Plaintiff Lincoln General Insurance Company ("Lincoln") filed the Complaint.

2. On September 21, 2010, Lincoln filed the First Amended Complaint.

3. On October 6, 2010, Lincoln served the First Amended Complaint on Defendant American Tile and Brick Veneer ("American Tile").

4. Under Rule 15 of the Federal Rules of Civil Procedure, American Tile is required to respond to the First Amended Complaint within 14 days after service.  The deadline for American Tile to respond to the First Amended Complaint was therefore October 20, 2010.

/ / /

-1-

5. The Court has previously issued Orders, based on stipulations of the pertinent parties, to extend the deadline for Defendants McCarthy Building Companies, Regents of the University of California, and California Insurance Guarantee Association to respond to the First Amended Complaint to February 9, 2011.

6. This lawsuit involves the issue of Lincoln's coverage obligations for another lawsuit now pending. The above extension was sought and granted because a mediation of that underlying lawsuit is scheduled to take place on February 2, 2011. Because of the possibility of settlement of the underlying lawsuit, which would also resolve this lawsuit, the parties agreed that an extension to respond in this action was appropriate. The Court agreed and entered Orders to that effect.

7. An extension to the same date for American Tile is also warranted for the same reason.

8. Therefore, it is hereby stipulated by and between Lincoln and American Tile that American Tile may have a 28-day extension of time to respond to the First Amended Complaint on file herein, to and including November 17, 2010. This is the first stipulation for an extension of time for American Tile to respond to the First Amended Complaint and totals the 28 days permitted under Local Rule 144.

9. In light of the February 2, 2011 mediation of the underlying lawsuit, Lincoln and American Tile jointly agree that American Tile should have up to and including February 9, 2011 to respond to the First Amended Complaint, in order to preserve the Court's and the parties' resources.

## **STIPULATION**

WHEREFORE, Lincoln and American Tile, by and through their respective counsel, hereby stipulate and agree as follows:

1. American Tile may have a 28-day extension of time within which CIGA must respond to the First Amended Complaint on file herein, to and including November 17, 2010.

/ / /

/ / /

2. In addition, the time within which American Tile must respond to the First Amended Complaint shall further be extended to and including February 9, 2011.

Dated: November 5, 2010                    RYAN MERCALDO & WORTHINGTON LLP


By: /s/ <u>Brian P. Worthington</u>
    Brian P. Worthington, Esq.
    Attorneys for Plaintiff LINCOLN
    GENERAL INSURANCE COMPANY

Dated: November 5, 2010                    LAW OFFICE OF DAVID BURMAN


By: /s/ <u>David Burman (As Authorized on 11/5/10)</u>
    David Burman, Esq.
    Attorneys for Defendant AMERICAN TILE
    AND BRICK VENEER

## ORDER

Based on the foregoing Stipulation, the time in which Defendant AMERICAN TILE AND BRICK VENEER is to respond to the First Amended Complaint is extended to and including February 9, 2011.

November 10, 2010

GARLAND E. BURRELL, JR.
United States District Judge