Note from Jenn: The parties' signatures are visible on the PDF

WHITE O'CONNOR FINK & BRENNER LLP
Michael J. O'Connor (STATE BAR NO. 90017)
Edward E. Weiman (STATE BAR NO. 193290)
Sarah L. Cronin (STATE BAR NO. 252624)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
moconnor@whiteo.com
eweiman@whieo.com
scronin@whiteo.com

Attorneys for Defendant McCarthy Building Companies, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

LINCOLN GENERAL INSURANCE COMPANY,

Plaintiff,

v.

AMERICAN TILE AND BRICK VENEER; REGENTS OF THE UNIVERSITY OF CALIFORNIA; MCCARTHY BUILDING COMPANIES, INC.; CALIFORNIA INSURANCE GUARANTEE ASSOCIATION; DOES 1 through 10,

Defendants.

CASE NO. 2:10-CV-01755-KJM-GGH

[The Honorable Kimberly J. Mueller]

**(1) STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT; AND (2) APPLICATION TO CONTINUE THE STATUS (PRETRIAL SCHEDULING) CONFERENCE; ORDER THEREON**

Response Date: February 9, 2011
New Response Date: April 4, 2011

Action Filed: July 8, 2010
Trial Date: None set

**RECITALS**

1. On July 8, 2010, Plaintiff Lincoln General Insurance Company ("Plaintiff") filed the Complaint.

2. On September 21, 2010, Plaintiff filed the First Amended Complaint ("FAC").

3. On September 23, 2010, Plaintiff served the FAC on Defendants McCarthy Building Companies, Inc. ("McCarthy") and Regents of the University of California ("Regents").

4. On October 6, 2010, Plaintiff served the FAC on Defendant American Tile and Brick Veneer ("American Tile").

5. On October 12, 2010, Plaintiff served the FAC on Defendant California Insurance Guarantee Association ("CIGA").

6. The Court has previously issued Orders, based on stipulations of the pertinent parties, to extend the deadline for Defendants McCarthy, Regents, CIGA, and American Tile (collectively, "Defendants") to respond to the FAC to and including February 9, 2011.

7. On October 26, 2010, based on Plaintiff's Application to Continue the Status (Pretrial Scheduling) Conference ("Status Conference"), the Court continued the Status Conference scheduled for November 29, 2010, to March 14, 2011.

8. The extension of time for Defendants to respond to the FAC, as well as the continuance of the Status Conference, were sought in order to preserve the Court's and the parties' resources, because a mediation of the underlying action, which would resolve this lawsuit, was scheduled to be held on February 2, 2011.

9. On February 2, 2011, a mediation of the underlying action was held.

10. On February 7, 2011, by Minute Order, the Court continued the Status Conference scheduled for March 14, 2011, to March 30, 2011.

11. A further mediation of the underlying action has been scheduled to be held on March 21, 2011. In light of the scheduled mediation, which would resolve

this lawsuit, Plaintiff and Defendants jointly agree that Defendants should have up to and including April 4, 2011, to answer or otherwise respond to the FAC, in order to preserve the Court's and the parties' resources.

12. In addition, Plaintiff and Defendants jointly apply to continue the Status Conference currently scheduled for March 30, 2011, to a date no earlier than April 18, 2011. Local Rules, and the Court's Order, require that the parties meet no fewer than 21 days before the Status Conference to prepare a discovery plan. They also require that the parties submit a Joint Status Report. The meeting and preparation of the plan and Report will require significant time and work by counsel. The Court's evaluation of the Status Report and the Conference itself will also consume the Court's time and resources. Plaintiff and Defendants believe that the Status Conference should be continued to a date after the March 21, 2011, mediation, to conserve the efforts of the parties and the Court, should the underlying action be resolved at the mediation.

**STIPULATION**

WHEREFORE, Plaintiff and Defendants by and through their respective counsel, hereby stipulate and agree as follows:

1. The time within which Defendants must answer or otherwise respond to the First Amended Complaint shall be extended to and including April 4, 2011.

2. The Status (Pretrial Scheduling) Conference currently scheduled for March 30, 2011, should be continued to a date no earlier than April 18, 2011.

DATED: February 10, 2011

RYAN MERCALDO & WORTHINGTON LLP
Brian P. Worthington

By /s/ Brian P. Worthington
Brian P. Worthington
Attorneys for Plaintiff Lincoln General Insurance Company

DATED: February 10, 2011

WHITE O'CONNOR FINK & BRENNER LLP
Michael J. O'Connor
Edward E. Weiman
Sarah L. Cronin

By /s/ Sarah L. Cronin
Sarah L. Cronin
Attorneys for Defendant McCarthy Building Companies, Inc.

DATED: February 10, 2011

LAW OFFICES OF DAVID W. GINN
David W. Ginn

By /s/ David W. Ginn
David W. Ginn
Attorneys for Defendant Regents of the University of California

DATED: February 10, 2011

LAW OFFICE OF DAVID BURMAN
David Burman

By ______________________________
David W. Burman
Attorneys for Defendant American Tile and Brick Veneer

DATED: February 10, 2011

BLACK, COMPEAN, HALL & ELI
Frederick G. Hall
Richard C. Turner

By ______________________________
Richard C. Turner
Attorneys for Defendant California Insurance Guarantee Association

**ORDER**

1. The time within which Defendants must answer or otherwise respond to the First Amended Complaint shall be extended to and including April 4, 2011.

2. The Status (Pretrial Scheduling) Conference currently scheduled for March 30, 2011, is continued to April 27, 2011, at 10:00 a.m. in Courtroom 3 of the above-entitled Court. A joint status report shall be filed fourteen days prior to the hearing.

DATED: February 10, 2011.

______________________________
UNITED STATES DISTRICT JUDGE